FILED
September 10, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

# COURT OF APPEALS

## THIRD DISTRICT OF TEXAS AT AUSTIN

COURT OF APPEALS NUMBER 03-14-00485
TRIAL COURT CASE NUMBER 259,941-C

STYLED: JOHN REED JR.
V. FARMERS INS. GROUP ET AL.

## APPELLANT MOTION TO EXTEND TIME TO FILE EN BANC RECONSIDERATION

Appellant states the deadline to file this particular motion was Sept. 5, 2015 but since that day was on a Saturday and Monday was a holiday, appellant is entering his motion into the U S Mail on Tuesday Sept. 8, 2015. The length of extension requested is one week from the date this motion may carry a ruling in favor of the appellant and the reconsideration will be filed within days thereafter.

Appellant regret he missed the 15 day requirement to file the motion but he have been having a lot of trouble with his shoulder which needed medical attention; whereas, now appellant is able to focus. Appellant has not filed any motions to extend time regarding this issue.

**APPELLANT CONTACTED DEFENDANTS' COUNSEL AND THEY DO NOT OPPOSE THIS MOTION.**

Appellant request this court to embrace the body of this motion and grant all things.
RESPECTFULLY SUBMITTED

JOHN REED JR.
715 SO. 32nd STREET
TEMPLE, TEXAS 76504

RECEIVED
SEP 1 0 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was sent return requested receipt mail to the clerk of the court and fax to the counsel on the 8th day of Sept. 2015

John Reed Jr.

John Reed Sr.
715 So. 32nd St
Temple, Texas 76501

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
CERTIFIED MAIL®

7015 0640 0001 4009 9622

78711⌶2547

UNITED STATES
POSTAL SERVICE®

U.S. POSTAGE
PAID
TEMPLE,TX
76501
SEP 08, 15
AMOUNT
$6.74
00103917-16

1000          78711

Clerk of the Third Court
of Appeals
P.O. Box 12547
Austin, Texas 78711-2547